110 F.3d 723
 James S. BRODIE; Larry A. Butcher; William A. Thompson;
Randy Dutton, Plaintiffs-Appellees and Cross-Appellants,
v.
GENERAL CHEMICAL CORPORATION, a Delaware corporation,
Defendant-Appellant and Cross-Appellee.
 Nos. 94-8094, 94-8095.
 United States Court of Appeals,Tenth Circuit.
 June 11, 1996.
 
 Before BRISCOE, COFFIN* and BARRETT, Circuit Judges.
 
 
 1
 Prior report: 74 F.3d 1248.
 
 ORDER
 
 2
 Appellant's motion to recall and modify the mandate is granted as it pertains to case number 94-8095. The order & judgment filed in appeal 94-8095 on January 12, 1996 is withdrawn. This does not affect any issues in 94-8094. The order & judgment is still in effect as to that part of these appeals. The mandate in number 94-8095 is recalled.
 
 
 
 *
 The Honorable Frank M. Coffin, Senior Circuit Judge, United States Court of Appeals for the First Circuit, sitting by designation